UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BOGLE,

    Plaintiff,

v

MIKE RAINES,

    Defendant.

_____/

Case No. 1:09-cv-1046

HON. JANET T. NEFF

## ORDER

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 21) are DENIED and the Report and Recommendation (Dkt 20) is APPROVED and ADOPTED as the Opinion of the Court, with the exception of the additional relief granted by this Court and herein ordered.

**IT IS FURTHER ORDERED** that the Motion for Preliminary Injunction (Dkt 2) is DENIED.

**IT IS FURTHER ORDERED** that Defendant shall **within thirty (30) day**s secure an **updated Independent Medical Examination** of Plaintiff to determine his medication needs and to ensure the adequacy of his current medications, unless such relief is rendered moot by Plaintiff's release from incarceration within that time.

**IT IS FURTHER ORDERED** that Plaintiff may seek further immediate relief in this Court as appropriate and necessary to effect this Order, i.e., for Defendant to determine Plaintiff's medication needs and to ensure the adequacy of his current medications during his incarceration.

**IT IS FURTHER ORDERED** that this Order does not in any way limit Plaintiff's right to seek relief for his claims as set forth in his Complaint.


Date: May 3, 2010  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge