UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BOGLE,

    Plaintiff,

v

MIKE RAINES, *Sheriff, Eaton County,*
*in his individual and official capacities,*

    Defendant.
_____/

Case No. 1:09-cv-1046

HON. JANET T. NEFF

## **ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 31) are DENIED and the Report and Recommendation (Dkt 28) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Dkt 9) is DENIED.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of this Order would not be taken in good faith.


Date: September 29, 2010                             /s/ Janet T. Neff
                                                                            JANET T. NEFF
                                                                            United States District Judge