UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BOGLE,

    Plaintiff,                                      Case No. 1:09-cv-1046

v.                                               HON. JANET T. NEFF

MIKE RAINES,

    Defendant.
_____/

## ORDER

On March 26, 2012, the parties, by and through counsel of record, engaged in a settlement conference call with Magistrate Judge Carmody. The parties reached an agreement to settle this matter and agreed to dismiss the pending motions as moot. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Renewed Motion for Class Certification (Dkt 47), Second Motion for Summary Judgment (Dkt 48) and Motion to Find Defendant's Opposition Waived as to Plaintiff's Motions for Partial Summary Judgment (D/E 48) and for Class Certification (D/E 47) and for this Court to Issue Its Decision Based Upon the Pleadings of the Plaintiff (Dkt 49) are DISMISSED as moot.

Date: March 26, 2012                                                  /s/ Janet T. Neff
                                                                     JANET T. NEFF
                                                                       United States District Judge